# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JENNIFER A. HADSALL, Regional Director of Region 18 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>         Petitioner<br><br>v.<br><br>SUNBELT RENTALS, INC.,<br><br>         Respondent | Civil No. 2:20-cv-00181 |

## CERTIFICATE OF SERVICE

This certifies that the Petition for Injunction Under Section 10(j) of the National Labor Relations Act, As Amended, and attached Exhibits 1-13; the Civil Cover Sheet and Attachment; the Proposed Order to Show Cause, Briefing Schedule, and Order Granting Motion; the Proposed Findings of Fact and Conclusions of Law; Proposed Order Granting Petition for Injunction Under Section 10(j) of the National Labor Relations Act, As Amended; and Motion to Try Section 10(j) Petition Based on Administrative Record and Supplemental Affidavits; have been served on this date, February 6, 2020, upon the following parties of record and in the manner indicated on page two of this certificate of service.

Dated: February 6, 2020.

            /s/ Renée M. Medved
            Wisconsin Bar No.: 1073232
            Attorney for Petitioner
            National Labor Relations Board, Region 18
            310 W. Wisconsin, Suite 450W
            Milwaukee, WI 53203
            Telephone: (414) 930-7202
            Fax: (414) 297-3880
            Email: renee.medved@nlrb.gov

1

Case 2:20-cv-00181-WED Filed 02/06/20 Page 1 of 2 Document 3

**Via E-mail, U.S. Mail and UPS Overnight Mail**
Patricia J . Hill
Smith Gambrell & Russell LLP
50 N. Laura Street Suite 2600
Jacksonville, FL 32202
Email: pjhill@sgrlaw.com

**Via E-mail and U.S. Mail**
Ian M. Jones Esq., Attorney
Smith Gambrell & Russell LLP
50 N Laura Street Suite 2600
Jacksonville, FL 32202
Email: ijones@sgrlaw.com

**Via E-mail and U.S. Mail**
Yash B. Dave Esq., Attorney
Smith, Gambrell & Russell, LLP
50 North Laura Street Suite 2600
Jacksonville, FL 32202-3629
Email: ydave@sgrlaw.com

**Via U.S. Mail and UPS Overnight Mail**
Sunbelt Rentals, Inc.
C T Corporation System
301 S. Bedford St. Suite 1
Madison, WI 53703