# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

**ORDER**

August 31, 2020

Before

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| No. 20-2482 | JENNIFER A. HADSALL,<br>Petitioner - Appellee<br><br>v.<br><br>SUNBELT RENTALS, INC.,<br>Respondent - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 2:20-cv-00181-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller |

The following are before the court:

1. **RESPONDENT-APPELLANT SUNBELT RENTALS, INC.'S MOTION TO STAY PENDING APPEAL**, filed on August 28, 2020, by counsel for the appellant.

2. **RESPONDENT-APPELLANT SUNBELT RENTALS, INC.'S MOTION TO EXPEDITE REVIEW OF MOTION TO STAY PENDING APPEAL**, filed on August 28, 2020, by counsel for the appellant.

No. 20-2482                                                                                                          Page 2

**IT IS ORDERED** that the motions are denied without prejudice to renewal after the district court rules on the motion to stay in the first instance. Fed. R. App. P. 8(a)(1).

form name: **c7_Order_3J**(form ID: **177**)